UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STANTON HARRY MCCAIN II,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>DONALD R HOLBROOK,<br><br>　　　　　　　Respondent. | Case No. C18-328-RAJ-JPD<br><br>ORDER GRANTING UNOPPOSED<br>MOTION FOR EXTENSION OF TIME |

This is a 28 U.S.C. § 2254 habeas action. Petitioner's response to the Court's order to show cause is currently due on January 9, 2019. Counsel was recently appointed to represent petitioner and has filed an unopposed motion to extend the deadline to March 11, 2019. Finding good cause, the Court GRANTS petitioner's motion for extension of time. Dkt. 23. Petitioner shall file his response to the order to show cause by March 11, 2019. The Clerk is directed to send copies of this order to the parties and to the Honorable Richard A. Jones.

Dated this 9th day of January, 2019.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION OF TIME - 1