THE HONORABLE RICHARD A. JONES
MAGISTRATE JUDGE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STANTON HARRY MCCAIN, II, <br><br> Petitioner-Movant, <br><br> v. <br><br> DONALD HOLBROOK, <br><br> Respondent. | No. C18-328-RAJ-MLP <br><br> ORDER GRANTING SECOND UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO ORDER TO SHOW CAUSE <br><br> ~~(PROPOSED)~~ |

The Court has reviewed the Petitioner's Second Unopposed Motion to Extend the Time to Respond to Order to Show Cause, and the records and files therein,

It is now ORDERED that the date the Petitioner is required to file a response to the Court's Order to Show Cause is extended by sixty (60) days to May 10, 2019.

Dated this 7th day of March, 2019.

MICHELLE L. PETERSON
UNITED STATES MAGISTRATE JUDGE

Presented by,

s/ Andrew D. Kennedy
Assistant Federal Public Defender
Attorney for Stanton McCain

ORDER GRANTING SECOND UNOPPOSED
MOTION TO EXTEND TIME TO REPLY
TO ORDER TO SHOW CAUSE - 1
(*Stanton Harry McCain, II*; C18-328-RAJ-MLP)

Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, Washington 98110
(206) 553-1100