UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STANTON HARRY MCCAIN II,<br><br>            Petitioner,<br><br>   v.<br><br>DONALD R. HOLBROOK,<br><br>            Respondent. | Case No. C18-328-RAJ-MLP<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME |

      Petitioner moves the Court to extend the noting date for his Motion for Order Mandating Access to Petitioner's Legal Materials by two weeks to May 24, 2019. (Dkt. # 41.) Respondent did not file an opposition. The Court GRANTS Petitioner's motion for extension of time (dkt. # 41) and directs the Clerk to RE-NOTE Petitioner's Motion for Order Mandating Access to Petitioner's Legal Materials (dkt. # 30) for May 24, 2019, and to send copies of this order to the parties and to the Honorable Richard A. Jones.

      Dated this 16th day of May, 2019.

                                                                MICHELLE L. PETERSON
                                                                United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME - 1