UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STANTON HARRY MCCAIN II,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>DONALD R HOLBROOK,<br><br>　　　　　　　Respondent. | Case No. C18-328-RAJ-MLP<br><br>ORDER GRANTING THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE |

Petitioner's third unopposed motion for an extension of time to respond to the order to show cause (dkt. # 44) is GRANTED. Petitioner shall respond to the order to show cause on or before **July 30, 2019**.

The Clerk is directed to send copies of this order to the parties and to the Honorable Richard A. Jones.

Dated this 29th day of May, 2019.

　　　　　　　　　　　　　　　　／s／ Michelle L. Peterson
　　　　　　　　　　　　　　　　MICHELLE L. PETERSON
　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING THIRD
UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO
ORDER TO SHOW CAUSE - 1