UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STANTON HARRY MCCAIN II,

    Petitioner,

v.

DONALD R HOLBROOK,

    Respondent.

Case No. C18-328-RAJ-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

The Court will hold a telephonic hearing on Petitioner's Amended Motion for Order Mandating Access to Petitioner's Legal Materials. (Dkt. # 31.) The parties are directed to meet and confer regarding scheduling and to contact Courtroom Deputy Tim Farrell (206-370-8422 or Tim_Farrell@wawd.uscourts.gov) by **June 14, 2019**, with proposed dates for the hearing. Should Petitioner wish to attend, the parties shall work together to ensure his participation.

Dated this 5th day of June, 2019.

        William M. McCool
        Clerk of Court

    By: Tim Farrell
        Deputy Clerk

MINUTE ORDER - 1