UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STANTON HARRY MCCAIN II, | Case No. C18-328-RAJ-MLP |
| Petitioner, | |
| v. | ORDER GRANTION UNOPPOSED MOTION FOR EXTENSION OF TIME |
| DONALD R. HOLBROOK, | |
| Respondent. | |

This is a 28 U.S.C. § 2254 habeas action. Currently before the Court is Respondent's unopposed motion for a two-week extension of time to respond to Petitioner's response to the Court's order to show cause. Finding good cause, the Court GRANTS Respondent's motion (dkt. # 56) and ORDERS the Clerk to re-note Petitioner's response to the show cause order (dkt. # 53) for **October 4, 2019**. Respondent shall file his response by **September 30, 2019**. No additional extensions of time will be granted.

\\

\\

ORDER GRANTION UNOPPOSED MOTION FOR
EXTENSION OF TIME - 1

The Clerk is directed to send copies of this order to the parties and to the Honorable Richard A. Jones.

Dated this 18th day of September, 2019.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge