UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STANTON HARRY MCCAIN II,

    Petitioner,

v.

DONALD R HOLBROOK,

    Respondent.

Case No. C18-328-RAJ-MLP

ORDER GRANTING MOTION TO SEAL EXHIBIT 6

Currently before the Court is Petitioner's motion to file Exhibit 6 to the Response to Show Cause Order under seal. (Dkt. # 54.) Respondent did not file an opposition. Finding compelling reasons to maintain Exhibit 6 under seal, the Court GRANTS Petitioner's motion (dkt. # 54) and directs the Clerk to maintain the seal on Exhibit 6 (dkt. # 55). The Clerk is further directed to send copies of this order to the parties and to the Honorable Richard A. Jones.

Dated this 12th day of December, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING MOTION TO SEAL
EXHIBIT 6 - 1