HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STANTON HARRY MCCAIN II,

  Petitioner,

  v.

DONALD R. HOLBROOK,

  Respondent.

Case No. C18-328-RAJ-MLP

ORDER OF DISMISSAL

## I. INTRODUCTION

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, Petitioner's objections to that, and the remaining record, the Court finds and **ORDERS**:

(1) The Report and Recommendation (Dkt. # 67) is **ADOPTED** in full.

(2) Petitioner's habeas petition is **DENIED** as untimely.

(3) A certificate of appealability is **DENIED** as to all issues raised in the response to the order to show cause.

(4) This action is **DISMISSED** with prejudice.

ORDER – 1

(5) The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

DATED this 25th day of September, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2